# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **KEVIN M. ROHRBACH,** *et al.* <br> **Plaintiffs,** <br> v. <br> **NVR, INC.,** *et al.* <br> **Defendants.** | **CIVIL ACTION NO. 19-5847** |

## ORDER

**AND NOW,** this 28th day of June 2021, upon consideration Defendant's Motion to Dismiss [Doc. No. 15], the responses and replies thereto, and for the reasons stated in the accompanying memorandum, it is hereby **ORDERED** that:

1. Defendant's Motion to Dismiss [Doc. No. 15] is **GRANTED in part** and **DENIED in part**.

2. The Court's Order dated June 24, 2020 [Doc. No. 11] is **VACATED** as to the dismissal with prejudice of Plaintiff's UTPCPL and fraudulent inducement claims.

3. Plaintiffs may file an Amended Complaint within 14 days of the date of this Order, to which Defendant shall respond within 14 days.

4. The Clerk of the Court is directed to **REMOVE** this case from civil suspense.

It is so **ORDERED.**

                                               **BY THE COURT:**

                                               /s/ Cynthia M. Rufe
                                               _____
                                               **CYNTHIA M. RUFE, J.**